# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2010

141347-8 & (24)

IN RE CONTEMPT OF CORY DARNELL
HOLLAND

_____

CORY DARNELL HOLLAND,
           Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141347-8
COA: 295872, 295873
Oakland CC: 2009-009023-AR

On order of the Court, the application for leave to appeal the May 7, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is GRANTED.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2010

_____
Clerk